UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

IN RE:                                          Case No. 25-43866-mlo
                                                Chapter 13
James Anthony Grossi                            Judge Maria L. Oxholm

            Debtor.

_____/

## ESTATES AT BALD MOUNTAIN CONDOMINIUM ASSOCIATION'S MOTION TO ALLOW LATE FILED PROOF OF CLAIM

NOW COMES ESTATES AT BALD MOUNTAIN CONDOMINIUM ASSOCIATION ("Association"), by Makower Abbate Guerra Wegner Vollmer PLLC, and for its Motion to allow late filed Proof of Claim pursuant to FRBP 3002(c)(6) states as follows:

1.     This Chapter 13 Bankruptcy Case was filed on April 15, 2025.

2.     The deadline for all creditors (except a governmental unit) to file a proof of claim was June 24, 2025.

3.     According to the mailing matrix, Debtor's Counsel sent out notice of the pending bankruptcy to the Association's legal counsel, but the Association nor its legal counsel have been able to locate any such notice. As a consequence, the Association became aware of the pending case after Debtor responded to the Association's Counsel's Notice of Lien sent in August 2025.

4.     The Association's claims are not currently treated or identified in the Debtor's First Amended Plan.

5.     The Association was not aware of the bankruptcy in order to file a timely proof of claim.

6.     Along with this Motion, the Association is contemporaneously filing its secured proof of claim.

7.      The Association now files this Motion pursuant to FRBP 3002(c)(6) requesting that this Court allow the Association's untimely filed Proof of Claim to be deemed as having been timely filed.

8.      Allowing this late filed proof of claim will not result in an adverse impact on any party or creditor as the Association's claims.  The Association has a secured claim based upon the Michigan Condominium Act, MCL 559.101 et seq..

9.      The proposed Order Allowing the Late Filed Claim of the Association is attached to this Motion (**Exhibit 1**).

WHEREFORE, Estates at Bald Mountain Condominium Association respectfully requests that this honorable Court allow the untimely Proof of Claim of the Association to be deemed timely and allowed.

Dated: August 29, 2025

 /s/ JOHN L. FINKELMANN
John L. Finkelmann (P66054)
Makower Abbate Guerra
Wegner Vollmer PLLC
Attorneys for Estates at Bald Mountain Condominium Association
23201 Jefferson Avenue
St. Clair Shores, MI 48080
(586) 773-1800
jfinkelmann@maglawpllc.com

# Exhibit A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

IN RE:                                                      Case No. 25-43866-mlo
                                                                 Chapter 13
James Anthony Grossi                                 Judge Maria L. Oxholm

                 Debtor.

_____/

## ORDER ALLOWING LATE FILED PROOF OF CLAIM OF
## <u>ESTATES AT BALD MOUNTAIN CONDOMINIUM ASSOCIATION</u>

This matter having come before this Honorable Court on Creditor, Estates at Bald Mountain Condominium Association's Motion to Allow Late Filed Proof of Claim, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Estates at Bald Mountain Condominium Association's Proof of Claim, is deemed timely and allowed.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

IN RE:                                           Case No. 25-43866-mlo
                                                 Chapter 13
James Anthony Grossi                             Judge Maria L. Oxholm

        Debtor.

_____/

**NOTICE OF AND OPPORTUNITY TO RESPOND TO**
**ESTATES AT BALD MOUNTAIN CONDOMINIUM ASSOCIATION'S**
**MOTION TO ALLOW LATE FILED PROOF OF CLAIM**

Estates at Bald Mountain Condominium Association has filed a Motion with the Court to allow its late filed Proof of Claim.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your view on the Motion, within 14 days, you or your attorney must:

1.      File with the Court a written response or an answer, explaining your position at:[1]

United States Bankruptcy Court
211 W. Fort Street
Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the timeframe stated above.

---

[1] Response or answer must comply with F.R. Civ. P. 8(b), (c) and (e).

You must also mail a copy to:

John L. Finkelmann
Makower Abbate Guerra Wegner Vollmer PLLC
23201 Jefferson Avenue
St. Clair Shores, MI 48080

2.      If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of date, time and location of the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Respectfully submitted,
MAKOWER ABBATE GUERRA
WEGNER VOLLMER PLLC

/s/ John L. Finkelmann
John L. Finkelmann (P66054)
Attorney for Estates at Bald Mountain Condominium Association
23201 Jefferson Avenue
St. Clair Shores, MI 48080
586 218 6805

Dated: August 29, 2025

In Re:

James Anthony Grossi                          Case No. 25-43866-mlo
                                              Chapter 13 Case
                                              Hon. Maria L. Oxholm

                    Debtor.

_____

THE LAW OFFICE OF AFAN BAPACKER
AFAN BAPACKER                          P70885
Debtor(s) Attorney
1 Parklane Blvd., Suite 729, East Tower
Dearborn, MI 48126
313-429-9525
_____/
MAKOWER ABBATE GUERRA WEGNER VOLLMER PLLC
JOHN L. FINKELMANN                     P66054
Attorney for Estates at Bald Mountain Condominium Association
23201 Jefferson
St. Clair Shores, Michigan 48080
(248) 254-7600
_____/

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 29, 2025, I electronically filed **Estates at Bald Mountain Condominium Association's Motion to Allow Late Filed Proof of Claim** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Afan Bapacker                          Tammy L. Terry, Trustee
Attorney for Debtor(s)                 mieb_ecfadmin@det13.net
afan@bapackerlaw.com

                                     /s/ John L. Finkelmann_____
                                     John L. Finkelmann (P66054)
                                   Attorney for Estates at Bald Mountain
                                   Condominium Association
                                   23201 Jefferson
                                   St. Clair Shores, MI 48080
                                   (586) 773-1800

Dated: August 29, 2025