In re:

James Anthony Grossi,                     Case No. 25-43866
                                                     Chapter 13
      Debtor.                             Hon. Maria L. Oxholm
_____/

## NONDISCHARGEABILITY JUDGMENT

This matter having come before the Court upon the *Stipulation for Order Allowing Class 9 Unsecured Claim of Jason W. Bank, solely in his capacity as Successor Trustee of the Ark Laboratory Trust* [ECF No. 58] (the "Stipulation"); James Anthony Grossi (the "Debtor") having defaulted and failed to timely cure his obligations under the Settlement Agreement to pay the Creditor Claim,[1] after notice by Jason W. Bank, solely in his capacity as Successor Trustee of the Ark Laboratory Trust and Creditor herein, and the Court having read same and being otherwise fully apprised of the matter;

IT IS HEREBY ORDERED that the Creditor Claim in the amount of $200,000, less any prior payments made by the Debtor on the Creditor Claim, is nondischargeable.

**Signed on October 30, 2025**

/s/ Maria L. Oxholm
_____
**Maria L. Oxholm
United States Bankruptcy Judge**

---

[1] All capitalized terms shall have the meanings ascribed to them in the Stipulation unless otherwise expressly stated to the contrary herein.